In the Matter of EDWARD RAGER, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections for the City of New York, Respondents. STANLEY M. ISAACS, Respondent.

Argued September 1, 1949; decided September 1, 1949.

451

*Kenneth W. Beesting* for appellant.

*Louis J. Lefkowitz* and *Paxton Blair* for Stanley M. Isaacs, respondent.

*John P. McGrath, Corporation Counsel (John J. Dyer* of counsel), for William J. Heffernan and others, as Commissioners of Elections for the City of New York, respondents.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.